**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nathan Llanos,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>P.F. Chang China Bistro, Inc.,<br><br>　　　　　　Defendant. | No. CV-14-261-PHX-SMM<br><br><br>**ORDER** |
| Kristen Romero,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>P.F. Chang China Bistro, Inc.,<br><br>　　　　　　Defendant. | No. CV-14-262-PHX-SMM |
| Andrew Fields,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>P.F. Chang China Bistro, Inc.,<br><br>　　　　　　Defendant. | No. CV-14-263-PHX-SMM |

///

1    In this District, multiple civil actions have been filed under the Fair Labor Standards Act ("FLSA") raising similar legal issues. In the interest of judicial economy, all of these related FLSA cases were transferred to this Court for the purpose of managing, administrating, and resolving them. In these transferred civil actions, all of the Plaintiffs have the same counsel of record prosecuting their complaints.

    In the above-captioned cases, the Court granted Defendant's motion to dismiss all of the claims of Plaintiffs' Complaints subject to Plaintiffs' right to amend. (Llanos, Doc. 17, Romero, Doc. 15, Fields, Doc. 19.) Subsequently, the Court denied Plaintiffs' motions for leave to amend. (Llanos, Doc. 27, Romero, Doc. 25, Fields, Doc. 29.) Thus, the Court has denied all relief to Plaintiffs.

    Now pending before the Court each Plaintiff has moved for the Court to enter judgment in their case. (Llanos, Doc. 31, Romero, Doc. 29, Fields, Doc. 33.) Defendant has responded and Plaintiffs have replied in support. The matter is fully briefed and ready for ruling.

    Accordingly,

    **IT IS HEREBY ORDERED** granting Plaintiff Nathan Llanos's motion for judgment. (Doc. 31.) The Clerk of Court shall enter judgment in favor of Defendant and terminate this case, No. CV 14-261-PHX-SMM.

    **IT IS FURTHER ORDERED** granting Plaintiff Kristen Romero's motion for judgment. (Doc. 29.) The Clerk of Court shall enter judgment in favor of Defendant and terminate this case, No. CV 14-262-PHX-SMM.

    **IT IS FURTHER ORDERED** granting Plaintiff Andrew Fields's motion for judgment. (Doc. 33.) The Clerk of Court shall enter judgment in favor of Defendant and terminate this case, No. CV 14-263-PHX-SMM.

    DATED this 14th day of December, 2015.

_____
Stephen M. McNamee
Senior United States District Judge