# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathan Llanos,<br><br>                    Plaintiff,<br><br>v.<br><br>P.F. Chang's China Bistro Incorporated,<br><br>                    Defendant. | NO. CV-14-00261-PHX-SMM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 15, 2015, judgment is entered in favor of defendant and against plaintiff.  Plaintiff to take nothing, and the complaint and action are dismissed.

                                                              Brian D. Karth
                                                              District Court Executive/Clerk of Court

December 15, 2015

                                                               s/ Linda Patton
                                                      By   Deputy Clerk